

# NUMBER 13-21-00236-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

OSVALDO BENAVIDES AND
ROSAURA DALEL SALDANA,                                          Appellants,

v.

LOS CAMPEONES, INC.,                                             Appellee.

## On appeal from the 197th District Court
## of Cameron County, Texas.

# ORDER ABATING APPEAL

**Before Chief Justice Contreras and Justices Hinojosa and Silva
Order Per Curiam**

Appellants Osvaldo Benavides and Rosaura Dalel Saldana seek to appeal a summary judgment order issued on March 4, 2021, in favor of appellee Los Campeones, Inc. Appellants submitted an untimely notice of appeal on August 2, 2021, and

subsequently filed an "Opposed First Motion to Extend Time to File Notice of Appeal."
*See* TEX. R. APP. P. 26.1.

Before the Texas Supreme Court is a petition for review on a similar issue in a case arising from this Court. *See Rodriguez v. Marez*, No. 13-20-00323-CV, 2021 WL 377253 (Tex. App.—Corpus Christi–Edinburg Feb. 4, 2021, pet. filed) (mem. op.). At issue in *Rodriguez*, is whether this Court committed error in dismissing the case for want of jurisdiction after declining to extend the deadline for petitioner's otherwise untimely notice of appeal. *See id.*

Having reexamined and reconsidered the documents on file, this Court, on its own motion, issues the following ruling. Appellants' opposed first motion to extend time to file notice of appeal is carried with the case, and this appeal is ABATED until such time as the Texas Supreme Court issues its opinion or denies or refuses petition in the direct appeal of the aforementioned cause. After which, we direct appellants to promptly file a motion to reinstate the appeal, which shall reference and include a copy of the opinion or applicable order issued by the Texas Supreme Court.

PER CURIAM

Delivered and filed on the
2nd day of September, 2021.

2